# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>ROBERT CRAIG DUPONT,<br><br>                        Defendant. | Case No 1:13-CR-0158-BLW<br><br>**ORDER FOR INDEPENDENT TESTING** |

The parties' having stipulated to independent drug testing by the Defendant and this matter having duly come before this Court, and the Court being fully apprised of the grounds and good cause having been show;

**IT IS HEREBY ORDERED** that parties' Stipulation for Independent Testing (docket no. 25) is APPROVED authorizing Forensic Analytical Sciences to independently analyze Exhibit 1B1 referenced herein.

**IT IS FURTHER ORDERED THAT:**

1) The Government shall ship the exhibit listed as Exhibit 1B1 [hereinafter "the Exhibit"] by secure carrier to **Forensic Analytical Sciences located at 3777 Depot Road, Suite 403, Hayward, CA 94545-2761** and to the attention of **Judy Stewart**.

2) The lab will consult with Ms. Massoth prior to exceeding the allowed CJA expert fee of $800.00.

3) The lab will weigh the Exhibit before conducting any testing.

4) The lab will return the Exhibit to the Government by secure carrier as directed.

5) In the event the lab loses or accidently destroys the Exhibit, Mr. Dupont agrees that Exhibit 1B1 tested by the DEA was the same substance Mr. Dupont distributed to the CHS on November 28, 2012.

DATED: March 19, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court